**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEBRA L. WILLIAMS, | : | No. 1:13-cv-675 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| CHAD R. MOYER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**May 13, 2015**

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.    Defendant's Motion to Dismiss (Doc. 101) is **GRANTED** in its

entirety.

2.    Plaintiff's Fourth Amended Complaint is **DISMISSED** with

prejudice.

3.    The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge